UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DENNIS MOGAN, | No. 2:17-cv-2658-EFB P |
| Plaintiff, | |
| v. | ORDER |
| SCOTTY, et al., | |
| Defendants. | |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. To proceed with a civil action a plaintiff must pay the $400 filing fee required by 28 U.S.C. § 1914(a) or request leave to proceed in forma pauperis and submit the affidavit and trust account statement required by 28 U.S.C. § 1915(a). Plaintiff has neither paid the fee nor submitted an application for leave to proceed in forma pauperis. In a letter filed January 16, 2018, plaintiff claimed to have sent the $400 filing fee to the court. ECF No. 7 at 1. To date, the court has not received it.

Accordingly, plaintiff has 30 days from the date of service of this order to submit either the filing fee or the application required by § 1915(a). The Clerk of the Court is directed to mail

/////

/////

/////

1

to plaintiff a form application for leave to proceed in forma pauperis.  Failure to comply with this order will result in a recommendation that this action be dismissed.

So ordered.

Dated: February 5, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE