UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KYLE DENNIS MOGAN,<br><br>Plaintiff,<br><br>v.<br><br>SCOTTY, et al.,<br><br>Defendants. | No. 2:17-cv-2658-MCE-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On March 21, 2018, the court issued findings and recommendations, which recommended dismissal of this action after plaintiff failed to either pay the filing fee or submit an application for leave to proceed in forma pauperis. ECF No. 9.

Plaintiff has since filed numerous letters. ECF Nos. 10-17. Although not entirely clear, plaintiff seems to complain that mail delays and/or corruption have hindered his ability to pay the filing fee. In an abundance of caution, the court will grant plaintiff a 30-day extension of time to either pay the filing fee or seek leave to proceed in forma pauperis.

Accordingly, IT IS HEREBY ORDERED that plaintiff has 30 days from the date of this order to pay the filing fee or seek leave to proceed in forma pauperis. Should plaintiff fail to so comply, the findings and recommendations will be submitted to the district judge for consideration. The court is not inclined to grant additional requests for extensions of time.

DATED: June 13, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE