UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

KYLE DENNIS MOGAN,

    Plaintiff,

v.

SCOTTY, et al.,

    Defendants.

No. 2:17-cv-2658-MCE-EFB P

ORDER

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On March 21, 2018, the court issued findings and recommendations, which recommended dismissal of this action after plaintiff failed to either pay the filing fee or submit an application for leave to proceed in forma pauperis. ECF No. 9.

On June 13, 2018, in response to various letters from plaintiff, the court granted plaintiff another 30 days within which to pay the filing fee or seek leave to proceed in forma pauperis. ECF No. 18. Since then, plaintiff has filed additional letters complaining that prison staff are hindering his efforts to either pay the filing fee or seek leave to proceed in forma pauperis. *See* ECF Nos. 19-25. Plaintiff is reminded that if he is unable to pay the filing fee, he may seek leave to proceed in forma pauperis by completing the form served herewith, and returning it the court within 30 days. Plaintiff need not attempt to attach a certified trust account statement or complete the "Certificate" portion of the form. If plaintiff returns the form as directed, the court will order

1

CDCR to submit the certified trust account statement directly to the court. The court is not inclined to extend the time any further.

Accordingly, IT IS HEREBY ORDERED that

1. The Clerk of the Court is directed to mail to plaintiff a form application for leave to proceed in forma pauperis.
2. Plaintiff shall return the completed in forma pauperis application form within 30 days.
3. Should plaintiff fail to so comply, the findings and recommendations will be submitted to the district judge for consideration.

DATED: July 19, 2018.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE